| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Date of Known Infringement |
| 1. | VIRGINIA BEACH MUSIC, CARTER BOYS PUBLISHING | DIRT OFF YOUR SHOULDER | SHAWN JAY-CARTER (PKA JAY-Z), TIM MOSLEY (PKA TIMBALAND) | 11/14/03 | PA 1-158-343 | 4/2/05 |
| 2. | VIRGINIA BEACH MUSIC, WB MUSIC CORP., MASS CONFUSION MUSIC | IF YOUR GIRL ONLY KNEW | TIM MOSLEY, MELISSA ELLIOTT | 8/20/96 | PA 829-508 | 4/2/05 |
| 3. | CENTER CITY MUSIC AND PAL-PARK MUSIC | LOVE STINKS | PETER WOLF, SETH JUSTMAN | 1/21/80 | PA 59-029 | 6/4/05 |
| 4. | EMI FULL KEEL MUSIC CO. | HURTS SO GOOD | JOHN COUGAR MELLENCAMP AND GEORGE M. GREEN | 4/12/82 | PA 153-021 | 6/4/05 |

**SCHEDULE "A"**