AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

VIRGINIA BEACH MUSIC, ET AL.,

    Plaintiffs,

**SUMMONS IN A CIVIL ACTION**

v.

MONTGOMERY MAULERS, LLC;
JAMIE LAMUNYON; AND
WAYNE LAMUNYON,

CASE NUMBER: 2:06cv90-WKW

    Defendants.
      TO:

        Montgomery Maulers, LLC
        Corporate Office
        1050 Eastdale Mall
        Montgomery, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Dylan C. Black, Esq.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*              1/31/06
CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**MIDDLE DISTRICT OF ALABAMA**
NORTHERN ~~SOUTHERN~~ DIVISION

VIRGINIA BEACH MUSIC, ET AL.,

      Plaintiffs,

v.

MONTGOMERY MAULERS, LLC;
JAMIE LAMUNYON; AND
WAYNE LAMUNYON,

      Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv90-WKW

TO:
    Wayne LaMunyon
    c/o Montgomery Maulers, LLC
    Corporate Office
    1050 Eastdale Mall
    Montgomery, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Dylan C. Black, Esq.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                       1/31/06
CLERK                                                                              DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA
NORTHERN ~~SOUTHERN~~ DIVISION

VIRGINIA BEACH MUSIC, ET AL.,

    Plaintiffs,

v.

MONTGOMERY MAULERS, LLC;
JAMIE LAMUNYON; AND
WAYNE LAMUNYON,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06 cv 90-WKW

TO:
    Jamie LaMunyon
    c/o Montgomery Maulers, LLC
    Corporate Office
    1050 Eastdale Mall
    Montgomery, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Dylan C. Black, Esq.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_    1/31/06
CLERK    DATE

_[signature]_
(By) DEPUTY CLERK