AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA
## NORTHERN ~~SOUTHERN~~ DIVISION

VIRGINIA BEACH MUSIC, ET AL.,

    Plaintiffs,

v.

MONTGOMERY MAULERS, LLC;
JAMIE LAMUNYON; AND
WAYNE LAMUNYON,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06 CV90-WKW

TO:

    Montgomery Maulers, LLC
    Corporate Office
    1050 Eastdale Mall
    Montgomery, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Dylan C. Black, Esq.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 1/31/06

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/31/06 |
| NAME OF SERVER (Print) Donnie Moore | TITLE Process Server |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Montgomery Mayor. Office Left with: Clintonya D. Shorter

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/31/06
                Date

Signature of Server: Donnie Moore

2724 Brenda Circle
Gardendale Al 35071
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA
## NORTHERN ~~SOUTHERN~~ DIVISION

VIRGINIA BEACH MUSIC, ET AL.,

    Plaintiffs,

v.

MONTGOMERY MAULERS, LLC;
JAMIE LAMUNYON; AND
WAYNE LAMUNYON,

    Defendants.

      TO:

        Jamie LaMunyon
        c/o Montgomery Maulers, LLC
        Corporate Office
        1050 Eastdale Mall
        Montgomery, AL 36117

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06cv90-WKW

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Dylan C. Black, Esq.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*          1/31/06

CLERK                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/31/06 |
| NAME OF SERVER (Print) Donnie Moore | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Montgomery Mayler Office Summons left with: Clintonys D. Shorter

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/31/06
               Date

Donnie Moore
Signature of Server
2724 Brenda Circle
Gardendale Al 35071
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA
## NORTHERN ~~SOUTHERN~~ DIVISION

VIRGINIA BEACH MUSIC, ET AL.,

    Plaintiffs,

v.

MONTGOMERY MAULERS, LLC;
JAMIE LAMUNYON; AND
WAYNE LAMUNYON,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06 CV 90 -WKW

TO:

    Wayne LaMunyon
    c/o Montgomery Maulers, LLC
    Corporate Office
    1050 Eastdale Mall
    Montgomery, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Dylan C. Black, Esq.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(By) DEPUTY CLERK

DATE 1/31/06

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/31/06 |
| NAME OF SERVER (Print) Donnie Moore | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Montsgomery Maule Office Summons left with: Clintonys D. Shorts

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/31/06
                Date

Donnie Moore
Signature of Server

27 av Brenda Circle
Gardendale Al 35071
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.