IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VIRGINIA BEACH MUSIC, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MONTGOMERY MAULERS, )<br>L.L.C, et al )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:06-cv-90-WKW |

## ENTRY OF DEFAULT

It appearing that defendants Montgomery Maulers, L.L.C., Jamie Lamunyon and Wayne Lamunyon were duly served with a copy of the complaint on or about the 31st day of January, 2006, as established by the certificate of service and that said defendants have failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on March 10, 2006, by plaintiff's attorney,

DEFAULT is hereby entered against said defendants Montgomery Maulers, L.L.C., Jamie Lamunyon and Wayne Lamunyon.

DONE this 14th day of April, 2006.

/s/ Debra P. Hackett
_____
Debra P. Hackett,
Clerk, United States District Court
Middle District of Alabama