IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGINIA BEACH MUSIC, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-90-WKW |
| | ) |
| MONTGOMERY MAULERS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on the plaintiffs' Motion for Default Judgment (Doc. # 5), filed on March 10, 2006. It is hereby ORDERED that this case is set for a hearing on May 16, 2006, at 10:00 a.m. in Courtroom 2-D at the United States Courthouse in Montgomery, Alabama, at which time the plaintiffs shall present evidence in support of their motion.

The clerk is DIRECTED to send written notice of this hearing via first-class mail to the defendants named in this case.

DONE this the 18th day of April, 2006.

　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE