## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| VIRGINIA BEACH MUSIC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER: |
| | ) | 2:06-cv-90-WKW |
| MONTGOMERY MAULERS, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### AFFIDAVIT OF DYLAN C. BLACK

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | : |
| JEFFERSON COUNTY | ) |

Dylan C. Black, being duly sworn, deposes and says:

1.     I am an attorney in the Birmingham office of Bradley Arant Rose & White LLP ("Bradley Arant") and am counsel of record for the plaintiffs in the above-captioned action: Virginia Beach Music, Carter Boys Publishing, WB Music Corp., Mass Confusion Music, Center City Music, Pal Park Music, and EMI Full Keel Music Co. ("Plaintiffs"). I have access to records reflecting the costs incurred in the prosecution of this action to date, and am competent to testify concerning these costs.

2.     Through May 10, 2006, plaintiffs have incurred a total in fees and costs in this case of $1,320.67. This amount reflects $945.00 in fees and $375.67 in costs.

3.     Further affiant saith not.

Dated this _____ day of May, 2006.


_____
Dylan C. Black


Sworn to and subscribed before me on this the _____ day of May, 2006.


_____
Notary Public

My Commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Nov 20, 2006.
BONDED THRU NOTARY PUBLIC UNDERWRITERS

[NOTARIAL SEAL]