## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| VIRGINIA BEACH MUSIC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | 2:06cv90-WKW |
| | ) | |
| MONTGOMERY MAULERS, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT IN SUPPORT OF
## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

**STATE OF GEORGIA** )
                    ) ss:
**County of COBB** )

DOUGLAS JONES, being sworn, states:

1.    I am employed by the American Society of Composers, Authors and Publishers ("ASCAP") as a Litigation Administrator in ASCAP's General Licensing Department. I am informed and believe plaintiffs herein are members of ASCAP and at all times pertinent, their songs, including each song listed on Schedule A to the Complaint, have been in the ASCAP repertory.

2.    I make this Affidavit in support of plaintiffs' Motion for Judgment by Default requesting, in addition to injunctive relief, costs and attorney's fees, statutory damages of $3,000 per infringement. I make this Affidavit on the basis of my personal knowledge of the facts recited below.

**BACKGROUND**

3.    ASCAP is an unincorporated membership association whose over 230,000 members write and publish musical compositions. Each member, including each plaintiff in this action, has granted to ASCAP a non-exclusive license to authorize public performances of the member's copyrighted songs. On behalf of all its members, ASCAP licenses the right to perform publicly all of the hundreds of thousands of copyrighted songs in the ASCAP repertory. ASCAP's licensees include television networks and stations, radio networks and stations, restaurants, nightclubs, hotels, and many other kinds of music users.

4.    ASCAP routinely contacts owners and operators of establishments where ASCAP's members' copyrighted music is performed as well as presenters of sporting events at which ASCAP members' copyrighted music is performed to advise them of their obligations under the copyright law and to offer them ASCAP licenses. These contacts are in the form of letters, telephone calls, and personal visits.

5.    ASCAP maintains records on every establishment and venue it has licensed or attempted to license. Typically, these records consist of files that contain copies of all correspondence pertaining to each establishment and venue as well as memoranda and reports written by ASCAP representatives and employees describing telephone conversations and personal visits with the establishment's or venue's owner or operator and its representatives or employees. Each ASCAP employee makes a written report promptly after every telephone contact with, and personal visit to, prospective and former licensees (many of these documents are now created and stored by computer). Thus, the letters and reports contained in ASCAP's files are records made in the course of ASCAP's regularly conducted business activity.

2

6.     In accordance with the procedures outlined above, a file was created and has been maintained on defendants' indoor football team, the Montgomery Maulers, located in Montgomery, Alabama and playing their home games at the Garrett Coliseum. Attached as composite Exhibit 1 to this Affidavit are true and accurate copies of ASCAP's correspondence with defendants and reports made by ASCAP representatives subsequent to telephone calls to defendants or their representatives.

7.     Defendant Montgomery Maulers, LLC was at all pertinent times the owner and operator of the Montgomery Maulers indoor football team; Montgomery Maulers LLC has been and is owned, controlled and operated by defendants Jamie Lamunyon and Wayne Lamunyon; and on the dates of the infringing performances, defendants were jointly responsible for the control, management, operation and maintenance of the Montgomery Maulers indoor football team.

## ASCAP'S DEALINGS WITH DEFENDANTS

8.     Summarized briefly, the documents attached as composite Exhibit 1 show that Defendants have never obtained an ASCAP license. Beginning in March of 2005, ASCAP made an effort to persuade Defendants to obtain an ASCAP license, including 3 contacts with defendants – by letters from ASCAP to the defendants and a telephone call to defendants. As a result, Defendants have been advised repeatedly that permission must be obtained either from ASCAP or the individual copyright owners to perform lawfully ASCAP members' copyrighted music at the Montgomery Maulers football games. However, Defendants have not obtained an ASCAP license, nor, I am informed and believe, have they obtained permission directly from ASCAP members to perform their songs at the Montgomery Maulers games. Instead,

3

Defendants have deliberately violated the copyright law by publicly performing ASCAP members' music on a regular basis at the Montgomery Maulers games, and defendants remain unlicensed to perform music in the ASCAP repertory.

## THE EVIDENCE OF INFRINGEMENT

9.     After it was clear that defendants would not meet their obligations under the Copyright Law, ASCAP arranged for an independent investigator to visit the Montgomery Maulers' games on April 2, 2005 and June 4, 2005 to determine if defendants were performing publicly ASCAP members music.  On those days, the investigator, Christopher Beckworth, attended the Montgomery Maulers games, and while there, made contemporaneous notes of the songs he heard performed.

10.     Following his visits to the Montgomery Maulers games, Mr. Beckworth prepared and submitted to ASCAP investigation reports, true and correct copies of which are attached as Exhibit 2 to this affidavit.

11.     If this matter were to be tried, I could testify, on the basis of the investigation reports prepared by Mr. Beckworth at ASCAP's request in the regular course of business, that each of the songs listed in Schedule A to the complaint were publicly performed at the Montgomery Maulers games on April 2, 2005 or June 4, 2005.

## APPROPRIATE RELIEF

12.     Copyright owners have enjoyed the exclusive right of public performance for over a century. At this late date, it can hardly be said that any presenter of copyrighted music at a football game in a public arena is an innocent infringer.

4

13.    Finally, Defendants have been knowing and deliberate infringers. Since at least 2005, Defendants have been well aware of the need for permission to perform copyrighted music in the ASCAP repertory; have consistently furnished musical entertainment for their patrons; and yet, for over a year since ASCAP first contacted them regarding a license agreement, Defendants have neither obtained the appropriate license nor, upon information and belief, obtained permission from the copyright owners to publicly perform their works.

14.    Defendants' unlawful conduct has resulted in a "profit" to defendants, as measured by the amount of license fees they have "saved." The "profit" to defendants is approximately $4,676, the amount that the Montgomery Maulers would have owed if properly licensed by ASCAP for the 2005 and 2006 football seasons (the current license fee for 2006 is $341 per game or $2,387 for the entire 7 game season). In addition, defendants' unlawful conduct required ASCAP to incur $802.69 in out-of-pocket expenses, representing the cost of obtaining the evidence of the infringements on which this action is based and evidence that the infringing conduct has continued, and the costs and attorney's fees associated with bringing this suit.

15.    As knowing, deliberate and continuing copyright infringers, defendants ought not be better off as violators of the Copyright Law than they would have been had they complied with its requirements. Thus, plaintiff respectfully asks that the Court award statutory damages of $3,000 per infringement ($12,000 in the aggregate) – less than three times the license fees that would have been owed had defendants been licensed to date plus the cost of obtaining the evidence upon which this action is based – an amount that should be sufficient to deter defendants from their deliberate piracy of plaintiffs' and other ASCAP members' copyrighted

5

music. Plaintiffs also ask that the Court enjoin defendants from infringing plaintiffs' and all other ASCAP's members' copyrighted musical compositions in the future.

## CONCLUSION

16.    I respectfully ask this Court to award damages to plaintiffs in the amount of $3,000 per infringement, an injunction against defendants further unauthorized performance of copyrighted works in the ASCAP repertory and costs, and the attorney's fees and costs incurred in connection with this case — relief which I believe will meet the compensatory and deterrent purposes of the Copyright Law.


_____
DOUGLAS JONES


SWORN TO AND SUBSCRIBED before me this 10th day May, 2006.

_____
Notary Public


My commission expires:

11/2/08

# EXHIBIT 1

March 8, 2005

Jamie Lamunyon
Montgomery Maulers
PO Box 230603
Montgomery AL  36123

Dear Sir/Madam:

ASCAP's nearly 200,000 songwriter and music publisher members thank you for using their music to entertain fans at your home games. We know that you understand that music plays a valuable role in creating an environment that attracts and retains customers. It is also important to note that music is valuable intellectual property. Those who perform music publicly for the entertainment of customers or patrons must obtain permission either from the owners of the copyrights in the music, or from licensing organizations such as ASCAP.

Finding, negotiating with and obtaining permission from each of the owners of the songs you might use to entertain your fans would be impractical and very expensive. That is why we offer a blanket license that, for one annual fee, covers your use of all the music in our repertory. For over 85 years, ASCAP has provided music licenses to a wide variety of businesses. Hundreds of thousands of business owners have chosen ASCAP licenses as a convenient and inexpensive method to meet their responsibilities under the Federal Copyright Law. We trust that you will, too.

An ASCAP license authorizes performances of many millions of copyrighted musical works in the ASCAP repertory and in the repertories of affiliated foreign performing rights organizations covering over 100 territories throughout the world. Enclosed with this letter is a flier that provides examples of the many varieties of works in the ASCAP repertory and explains how to obtain information on our repertory and ASCAP's members. You can find much more information about ASCAP, its nearly 200,000 members and the vast ASCAP repertory on our Web site, www.ascap.com.

Also enclosed with this letter is the currently applicable license agreement for your team and an invoice showing appropriate license fees for the 2005 season. We are sure that you will find that our license is the easiest and most economical way to obtain permission to perform music in our repertory.

We realize that your time is valuable and that important matters, such as obtaining the rights to perform music lawfully, are occasionally postponed. Let us help. Simply sign and return the enclosed license agreement with the appropriate payment as indicated on the invoice by **March 25, 2005**. We will return an executed copy for your file.

Please feel free to write or call me with any questions you may have regarding ASCAP, our members or their music, the enclosed license agreement, or the calculation of your license fee.

One further note: for a possible cost savings to you, if you and the other teams in your league wish to take advantage of a discounted leaguewide rate, please have a league representative contact us.

Thank you in advance for your cooperation.

Sincerely,

Michele Wright
Sr. Account Service Manager

Enclosures:    Arena Football Team License Agreement, Rate Schedule, Using Copyrighted Music brochure

## American Society of Composers, Authors and Publishers

2690 Cumberland Parkway, Suite 490   Atlanta, GA  30339

# INVOICE

**Invoice Date:**  March 7, 2005                    **Account No.:**

Jamie Lamunyon                                       **Re:**        Montgomery Maulers
PO Box 230603                                                       1050 Eastdale Mall
Montgomery, AL  36123                                               Montgomery, AL  36117

**Billing Period:**  2005 Season

7 home games            $2289.00

---

| The only credit cards ASCAP accepts are MasterCard and VISA. |
| --- |

Payment Amount:  $_____

Check No..: _____        OR

Credit Card No.: _____   Exp. Date:_____   Visa_____   Mastercard_____

Name exactly as on card: _____

Signature: _____
Cardholder acknowledges receipt of goods and/or services in the amount of the total shown hereon and agrees to perform the obligations
set forth in the Cardholder's Agreement with the Issuer.

---

Please return ALL PAGES of signed License Agreement with your payment.

License fees due and payable in advance.

Retain bottom portion for your records.

---

Invoice Date: 03/07/2005                            Account No.:

Jamie Lamunyon                                       Re:          Montgomery Maulers
PO Box 230603                                                     1050 Eastdale Mall
Montgomery, AL  36123                                             Montgomery, AL  36117

Billing Period: 2005 Season
7 home games            $2289.00

AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS
2690 Cumberland Parkway, Suite 490  Atlanta, GA 30339
(770) 805-3400  Fax: (770) 805-3410



**ASCAP**

## RATE SCHEDULE

## ARENA FOOTBALL TEAM

### <u>License Fee Per Home Game</u>

2005 Season . . . . . . . . . . . . . . . . . . . $327.00

The term "Game" shall mean each Arena Football Team game played in its entirety or as deemed a "game" under League Rules.

The term "Season" shall mean the period of time within which all games are played, including exhibition, so-called "pre-season", "regular season", play-off games and championship games.

The above Rate Schedule covers the use of live and mechanical music in conjunction with each Arena Football Team game. However, it is not applicable to musical events (such as live concerts) presented before or after the Arena Football Team game on that date. In such circumstances, SOCIETY's Concert Rate Schedule shall apply.

### <u>ANNUAL LICENSE FEE FOR 2006 SEASON AND THEREAFTER</u>

The annual license fee for each home game for each Season commencing 2006 shall be the license fee for the preceding season, adjusted in accordance with the increase in the Consumer Price Index, All Urban Consumers - (CPI-U) between the preceding October and the next preceding October.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## 2005
### STATEMENT OF LICENSEE'S OPERATING POLICY
### <u>ARENA FOOTBALL TEAM</u>

2005 Season Start Date:_____ and Season End Date: _____

1)    Number of Home Games\* for the Above Season:       _____

2)    Applicable Rate per Home Game for Above Season:    X    $327.00

3)    License Fee Based on Above Policy:              $_____
       (Line 1 times Line 2)

\*In the event that there are one or more home playoff games during any Season, LICENSEE shall pay to ASCAP an additional license fee in the amount set forth above for such Season for each playoff game within thirty days after such game.

### CERTIFICATE

I hereby certify that the foregoing Statement of Licensee's Operating Policy is true and correct as of this _____ day of

_____, _____.

---

Licensee Name                                            ASCAP Account Number

                                                              (11 digit number)

---

Name and Title of Person Completing Form (Please Print)          Signature

Phone No.:_____ Fax No.:_____ E-Mail Address:_____

ASCAP, 2690, Cumberland Parkway, Suite 490, Atlanta, GA  30339-3913  1-800-505-4052  1-770-805-3475 (Fax)

# Activity Report - Attempted Contact/Telephone

## Montgomery Maulers ▪Montgomery Maulers, LLC  Create Action  Main

Action Type:  **Attempted Contact/Telephone**   Amount Collected:
[for Exemption Policy Change Only >> Old Rate: New Rate: ]
Main Contact:     **Mr. Jamie Lamunyon -  - 334-277-1881**
Regarding:        **license agreement**

| | |
|---|---|
| ALM:<br>TLM:<br>Account #: | Date Completed:    **04/11/2005** |

### Conversation Log

-- 04/11/2005 -- Michele Wright/ASCAP -- [Re: license agreement] --
left message on Jaime Lamunyon's voicemail regarding license agreement

### Details:

**Revision History:**
Created:        04/11/2005 11:29 AM by Michele Wright/ASCAP
Revised:        No Edit Date

OverQuota© - MFJ International

April 12, 2005

Mr. Jamie Lamunyon
Montgomery Maulers, LLC
Montgomery Maulers
PO Box 230603
Montgomery,  AL  36123

Dear Mr. Lamunyon:

We have not received a response to our offer of an ASCAP license which will allow you to continue performing millions of copyrighted works in your business.  While we appreciate your using our members' music, we must also protect the rights of those creators whose music you have chosen to perform.  It is much simpler and less expensive to obtain a single ASCAP license agreement than to secure permission on an individual basis from our thousands of composers, lyricists and publishers.

In our last letter, we enclosed information about ASCAP and how music can benefit your business. In the event you have additional questions, we are enclosing a brochure with answers to the most frequently asked questions about ASCAP and our licensing activities.  I trust this will address any remaining concerns.

An additional copy of the ASCAP license agreement is enclosed.  Please sign and return it with your payment to the address shown below.  An executed copy of the license will be returned for your records.  Should you have any questions regarding ASCAP licensing, the enclosed agreement or the factors used in determining your license fee, please do not hesitate to contact me.

Thank you for your immediate attention to this matter.

Sincerely,

Michele Wright
Sr. Account Service Manager

L2L (4/00, 4/01)
Enclosures:   Arena Football License Agreement, Invoice, "ASCAP Keeps You In Tune With The Copyright Law"

# American Society of Composers, Authors and Publishers

2690 Cumberland Parkway, Suite 490   Atlanta, GA  30339

## INVOICE

**Invoice Date:**   April 11, 2005                                **Account No.:**

Montgomery Maulers, LLC                          **Re:**        Montgomery Maulers
PO Box 230603                                                            1050 Eastdale Mall
Montgomery, AL 36123                                             Montgomery, AL  36117

        **Billing Period:**  2005 Season

7 home games @ 327.00 each  $2289.00

---

|  The only credit cards ASCAP accepts are MasterCard and VISA. |
| --- |

Payment Amount:  $_____

Check No..: _____          OR

Credit Card No.: _____  Exp. Date:_____    Visa_____  Mastercard_____

        Name exactly as on card: _____

        Signature: _____
        Cardholder acknowledges receipt of goods and/or services in the amount of the total shown hereon and agrees to perform the obligations
        set forth in the Cardholder's Agreement with the Issuer.

---

**Please return ALL PAGES of signed License Agreement with your payment.**

License fees due and payable in advance.

Retain bottom portion for your records.

---

Invoice Date: 04/11/2005                          Account No.:

Montgomery Maulers, LLC                          Re:        Montgomery Maulers
PO Box 230603                                                          1050 Eastdale Mall
Montgomery, AL 36123                                            Montgomery, AL  36117

Billing Period: 2005 Season
7 home games @ 327.00 each  $2289.00

# Activity Report - Telephone Contact

## Montgomery Maulers ▣Montgomery Maulers, LLC  `Create Action` `Main`

▣ Action Type:  **Telephone Contact**  Amount Collected:
[for Exemption Policy Change Only > > Old Rate:  New Rate: ]
Main Contact:     **Ms. Jamie Lamunyon -  - 334-277-1881**                           ▯
Regarding:        **license agreement**

| ALM:<br>TLM:<br>Account #: | ▯Date Completed:  **04/19/2005** |
|---|---|

### Conversation Log

-- 04/19/2005 -- Michele Wright/ASCAP -- [Re: license agreement] --
s/w Jaime who very excitedly talked about the music that the bands plays and the music played for the cheerleaders.  I then asked since she was so excited about the music, if she has signed and returned the license agreement along with payment as indicated on the invoice.  She said she hadn't because the bands only play "pep"music which she didn't think was copyrighted.  She did admit that the cheerleaders have music for their dance routine but she thought that was only 3 songs and felt that the license fee was expensive for only 3 songs.  She then stated that she would pay it if she had too but thought that getting the college bands to play "pep" music would keep her from having to pay any fees. She said she would look at the information that I mailed and get back with me.

### Details:

### Revision History:
Created:       04/19/2005 11:42 AM by Michele Wright/ASCAP
Revised:       No Edit Date

OverQuota® - MFJ International

EXHIBIT 2

RECEIVED
APR 12 2005
ASCAP-ATL

### INVESTIGATOR'S EXPENSE REPORT

Please Print

NAME OF ESTABLISHMENT WHERE INVESTIGATION WAS TAKEN:  **Montgomery Maulers**

ADDRESS:          **1050 Eastdale Mall**
                  **Montgomery, AL 36117**

NAME OF INVESTIGATOR:   **Christopher H. Beckwith**   DATE: **April 2, 2005**

| EXPENSES | SAT | SUN | MON | TUES | WED | THUR | FRI | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| Hours in Establishment | 3 hrs. 0 mins. | | | | | | | 3 hrs. 0 mins. | |
| Investigation Fee | $80.00 | | | | | | | $80.00 | ✓ |
| Total Miles 340 @ $.405 per mile | $137.70 | | | | | | | $137.70 | ✓ |
| Driving/Flying time _5_ hrs _12_ min | $31.25 | | | | | | | $31.25 | ✓ |
| Parking/Tolls | $0.00 | | | | | | | $0.00 | |
| Food/Drink 4.25 Cover Charge 36.00 Other 0.00 (tips) Total Expense in Est. $40.25 | $40.25 | | | | | | | ~~$26.00~~ 40.25 nec | |
| Hotel** | $0.00 | | | | | | | $0.00 | |
| Meals** (Outside Establishment) | $45.90 | | | | | | | $45.90 | |
| Phone/Postage (Be sure to separate) | $3.85 | | | | | | | $3.85 | ✓ |
| Report preparation | $50.00 | | | | | | | $50.00 | ✓ |
| Guest/Partner Fee | $25.00 | | | | | | | $25.00 | ✓ |
| Total | $399.70 | | | | | | | 413.95 nec ~~$399.70~~ | |

Investigator's Signature: *Christopher Beckwith*     Date: 4-8-05

Approved by: *Mary L. Chisolm*     Date: 4-12-05

*When possible, please obtain receipts for any expense incurred at the establishment and attach to this report.

**Reimbursement for meals and/or hotels will NOT be made without appropriate receipts.







RUBY TUESDAY
# 4297
5471 Atlanta Hwy
(334) 277-3138

364 Jameika
------------------------------------
Tbl 101/1      Chk 5776         Gst 2
        Apr 02'05 06:59PM
------------------------------------
        **** Seat 1 ****
  3 FLAVORD LEMONADE  @ 2.49    7.47
  1 CHK QUES ENT                7.99
  1 ALFREDO SH PASTA           11.99
      W/SALAD BAR               2.29
  1 ORANGE SALMON              10.99
      $SUB LOAD                 1.00
  3 FLAV LEM REFILL             0.00
Tax Coll 4.17  Total Due       45.90
        ***** All  *****

        Sub Total               41.73
        Tax Collect              4.17
        Total Due          45.90

   TRY RUBY'S PARTY PLEASERS
   PLATTERS OF YOUR FAVORITES
   PACKED TOGO FOR ANY PARTY

<u>**INVESTIGATOR'S REPORT**</u>

Date of Investigation: <u>**April 2, 2005**</u>

Establishment/Event: <u>**Montgomery Maulers**</u>

Address: <u>**1555 Federal Drive**</u>       City: <u>**Montgomery**</u>    State: <u>**AL**</u>

Time Entered: <u>**7:46 PM**</u>         No. of Patron Present: <u>**3,000 +**</u>

Time Exited: <u>**10:43 PM**</u>         No. of Patron Present: <u>**2,500 +**</u>

Maximum No. of Patrons Present: <u>**5,104**</u>

TOTAL SEATING CAPACITY: <u>**8,500**</u>

No. Tables: <u>**N/A**</u>      No. Barstools: <u>**N/A**</u>    No. Chairs: <u>**8,500**</u>

Posted Fire Capacity: <u>**Not posted**</u>    Date: <u>**I was unable to obtain the date**</u>

DANCING AREA: <u>**N/A**</u> sq. ft. (approx.)     SKATING AREA: <u>**N/A**</u>

ADMISSON CHARGE:       <u>**Fee $18**</u>

MINIMUM CHARGE: <u>**N/A**</u>        OTHER CHARGE: <u>**N/A**</u>

JUKEBOX: Yes ___ No <u>**X**</u> Manufacturer: <u>**N/A**</u>

Coin Operated: Yes ____ No <u>**X**</u>    Accessible to Patrons: Yes ____ No <u>**X**</u>

Song List Visible: Yes ___ No <u>**X**</u> Played by Patrons: Yes ___ No <u>**X**</u>

Jukebox License Office Certificate: Yes ___ No <u>**X**</u>   Valid J.L.O.C.: Yes ___ No <u>**X**</u>

Jukebox Owner: <u>**N/A (No Jukebox on site)**</u>

<u>**SEATING CAPACITY BREAKDOWN**</u>

TOTAL SEATING CAPACITY: <u>**8,500**</u>

(Unable to determine exact amount of seating per section)

SIGNATURE: *Christopher Beckwith*                    1

## INVESTIGATOR'S REPORT

Date of Investigation: **April 2, 2005**

Establishment/Event: **Montgomery Maulers**

Address: **1555 Federal Drive**    City: **Montgomery**    State: **AL**

## DIAGRAM OF INTERIOR



**Garrett Coliseum (capacity 8,500)**

● _Where I sat_

Legend:
- ☐ Endzone
- ▦ Corners
- ▨ Sidelines
- ■ Upper Level
- ☐ Field Level

SIGNATURE: _Christopher Beckwith_                    2

INVESTIGATOR'S REPORT

Date of Investigation: **April 2, 2005**

Establishment/Event: **Montgomery Maulers**

Address: **1555 Federal Drive**        City: **Montgomery**    State: **AL**

DESCRIPTION OF INTERIOR

The Montgomery Maulers is a football team in the National Indoor Football League. All home games are played at Garrett Coliseum in Montgomery, Alabama. Garrett Coliseum is an indoor dome shaped arena with five (5) sections of seating, field level, end zone, corners, sidelines, and upper level. The seats in these sections were fold-down stadium seats constructed of steel frames and wooden slats. I was unable to determine the exact number of seats per section. There were two (2) VIP box sections on the opposite sides of the football field and a VIP lounge at the far end of the football field on the floor of the arena. The chairs in the VIP boxes and the VIP lounge were brown plastic seats with silver metal legs. There was a bandstand on the second level of the arena on the end of the football field opposite the VIP lounge. The oval wall that surrounded the arena floor was constructed of red brick. The remaining walls of the arena were constructed of formed concrete. There were three (3) speakers measuring approximately three (3) X two (2) feet and five (5) large horns mounted to a metal structure suspended from the ceiling in front of the bandstand. There were four (4) speakers measuring approximately three (3) X two (2) feet, ten (10) large horns, and eight (8) combination horn and bass modules mounted to a metal structure suspended from the dome ceiling in the center of the arena. There were several banners attached to the oval wall that surrounded the arena floor and the barrier that separated the VIP boxes and the VIP lounge from the football field (Top Dog Cheerleading, Jinright Turner insurance, Steak Out restaurant, N Touch Communications, WJWZ 97.9 radio station, and Baptist Heath hospital). There were two (2) "Bud Light" logos painted in the center of the football field and a Baptist Health logo painted in each end zone of the football field. There were no televisions or monitors located inside the arena.

DESCRIPTION OF EXTERIOR

The physical address of the Montgomery Maulers of 1050 Eastdale Mall is actually the address of the corporate offices of the team. The Montgomery Maulers physically play all home games at Garrett Coliseum. Garrett Coliseum is located near the intersection of Coliseum Boulevard and Federal Drive. The physical address of Garrett Coliseum is 1555 Federal Drive. Garrett Coliseum is a dome structure constructed of concrete and brick with a pale blue dome. There are two (2) main entrances to Garrett Coliseum, a North entrance and a South entrance. The portions of the arena arched above the North and South entrances are painted pale blue with arched concrete pillars that extended beyond the actual building. There were "Z" shaped flights of concrete stairs above the openings of the North

SIGNATURE *Christopher Beckwith*                                        3

<u>INVESTIGATOR'S REPORT</u>

Date of Investigation: <u>**April 2, 2005**</u>

Establishment/Event: <u>**Montgomery Maulers**</u>

Address: <u>**1555 Federal Drive**</u>    City: <u>**Montgomery**</u>    State: <u>**AL**</u>

<u>DESCRIPTION OF EXTERIOR (Cont')</u>

and South entrances. There were two (2) large parking lots located on the Garrett Coliseum property, one (1) on the north side of the property and one (2) on the south. Upon our arrival there were thousands of cars parked on the property. I was unable to determine the exact number of cars. The Coliseum Hotel was the closest neighboring establishment located directly across Federal Drive from Garrett Coliseum.

<u>DESCRIPTION OF ENTERTAINMENT</u>

During the evening of investigation there were two (2) sources of musical entertainment provided by a DJ and the Alabama State University Marching Band. The type of music played on the evening of investigation was Hip Hop by the DJ and the Alabama State University fight song by the marching band. The DJ was a Black male approximately 5'8"with a thin build and a close haircut. He was wearing a white t-shirt with the 97.9 Jamz logo on it and jeans. The attendant at the concession stand who served my guest and I was a white male approximately 5'8" with a medium build, grayish blonde hair balding in the top with a slight mustache wearing a black t-shirt and jeans. The attendant in the ticket booth was an older white male with white hair wearing a plaid shirt. I was unable to determine his height because he was sitting down. The ticket taker was a white male approximately 5'10" with a medium build wearing a plaid shirt, jeans, a yellow rain coat and a red baseball cap. There were twenty-eight (28) members of the Montgomery Maulers Dance Team wearing red velour long-sleeved mid-drifts with black pants. There were three (3) speakers measuring approximately three (3) X two (2) feet and five (5) large horns mounted to a metal structure suspended from the ceiling in front of the bandstand. There were four (4) speakers measuring approximately three (3) X two (2) feet, ten (10) large horns, and eight (8) combination horn and bass modules mounted to a metal structure suspended from the ceiling in the center of the arena. There were no brand names on these speakers. There were no televisions or monitors located inside the arena. The music played by the DJ could be heard throughout the establishment.

SIGNATURE: *Christopher Beckwith*    4

## INVESTIGATOR'S REPORT

Date of Investigation: **April 2, 2005**

Establishment/Event: **Montgomery Maulers**

Address: **1555 Federal Drive**          City: **Montgomery**     State: **AL**

### MISCELLANEOUS

(Include type and number of alcoholic beverages consumed, whether you discussed the purpose for your visit with anyone. Whether you requested the performance of any songs, and any other pertinent details.)

During the evening of investigation my guest and I had one (1) beverage each. My guest ordered a Coca Cola and I ordered a Sprite at a cost of $2.25 each totaling $4.50. I was unable to obtain a receipt for these drinks. I parked in the south parking lot on the property of Garrett Coliseum. There was no charge for parking. There were thousands of cars parked on the property. I was unable to determine the exact number of cars. The tickets for the game were $18 each for my guest and I. I paid for all expenses and tips. I contacted the corporate office of the Montgomery Maulers by phone prior to my trip to Montgomery. I was advised of ticket prices and availability but was unable to obtain any information about entertainment during the games. The posted fire capacity certificate was not posted in the arena. I did not discuss the purpose of my visit with anyone. My guest or I requested no music.

SIGNATURE: *Christopher Beckwith*                                    5

## INVESTIGATOR'S REPORT

Date of Investigation: **April 2, 2005**

Establishment/Event: **Montgomery Maulers**

Address: **1555 Federal Drive**      City: **Montgomery**    State: **AL**

### LIST OF MUSICAL COMPOSITIONS

| Time | Song Title | Source of Music | Popular Recording By |
|------|-----------|-----------------|----------------------|
| 8:12 | GET LOW | DJ | LIL' JON & THE EASTSIDE BOYZ |
| 8:18 | I LOVE ROCK N ROLL | DJ | JOAN JETT & THE BLACKHEARTS |
| 8:22 | DISCO INFERNO | DJ | 50 CENT |
| 8:26 | DROP IT LIKE IT'S HOT | DJ | SNOOP DOGG |
| 8:30 | DROP IT LIKE IT'S HOT | DJ | SNOOP DOGG |
| 8:44 | TIPSY | DJ | J'KWON |
| 8:50 | DISCO INFERNO | DJ | 50 CENT |
| 8:57 | LOUIE, LOUIE | DJ | THE KINGSMEN |
| 9:02 | DISCO INFERNO | DJ | 50 CENT |
| 9:10 | DIRT OFF YOUR SHOULDER | DJ | JAY Z. |
| 9:12 | IF YOUR GIRL ONLY KNEW | DJ | ALLYAH |
| 9:15 | YEAH | DJ | USHER |
| 9:20 | PLANET ROCK | DJ | AFRIKA BAMBAATAA |
| 9:40 | BRING EM OUT | DJ | T. I. |
| 9:50 | GOODIES | DJ | CIARA |
| 9:57 | BRICKHOUSE | DJ | THE COMMODORES |
| 10:03 | LOUIE, LOUIE | DJ | THE KINGSMEN |
| 10:08 | OK | DJ | NIVEA |

SIGNATURE: *Christopher Beckwith*                    6

## INVESTIGATOR'S REPORT

Date of Investigation: **April 2, 2005**

Establishment/Event: **Montgomery Maulers**

Address: **1555 Federal Drive**    City: **Montgomery**    State: **AL**

### LIST OF MUSICAL COMPOSITIONS

| Time | Song Title | Source of Music | Popular Recording By |
|------|-----------|-----------------|---------------------|
| 10:12 | I LOVE ROCK N ROLL | DJ | JOAN JETT & THE BLACKHEARS |
| 10:15 | YOU DON'T KNOW ME | DJ | T. I. |
| 10:17 | CRAZY IN LOVE | DJ | BEYONCE |
| 10:20 | MOVE | DJ | LUDACRIS |
| 10:33 | SUGAR | DJ | TRICK DADDY |

SIGNATURE: *Christopher Beckwith*                    7

Montgomery Maulers    1

Arrival: 7:46 PM
Departure: 10:43 PM

2 Parking lots located on
north and south end of
Garrett Coliseum. Thousands of
cars in each parking lot.
Cross street Coliseum Blvd
and Federal Dr. Coliseum
Hotel across Federal Blvd.
from Garrett Coliseum.
    Garrett Coliseum is a dome
brick and concrete structure
with a pale blue dome.

Christopher Beckwith

---

Montgomery Maulers    2

There are 2 entrances, North
and South. Entrances have
"Z" shaped stairs above each.
Arches above each entrance
are pale blue with conduit
pillars that extend past building.
The ticket booth is on the
left inside South entrance.
Ticket booth attendant is a
white male, white hair and
plaid shirt. Ticket taker is
a white male, 5'10", medium
build, yellow rain coat, plaid
shirt, jeans and red baseball
cap.
Christopher Beckwith

---

Montgomery Maulers    3

The concession stand attendant
is a white male 5'8", medium
build, grayish blonde hair
balding, black t-shirt and
jeans. DJ is a black male
5'8", thin build, short hair,
white t-shirt (M&M Tamz), jeans.

Interior walls are concrete.
Chairs are stadium style with
metal frames and wooden
slats. DJ located about 3
rows in front of our seats.
Alabama State Univ. Band
also played.
Christopher Beckwith

---

Montgomery Maulers    4

Maulers Dance Team has
28 members wearing red
velour mid drifts and black
pants.

VIP sections on opposite sides
of field. VIP lounge at for
end of field. Bandstand on
2nd level opposite VIP lounge.
Field has Bud Light logos
mid field and Baptist Health
logos in end zones.
Opal wall around field
is red brick

Christopher Beckwith

Montgomery Maulers                    5

Banners on floor wall and
football field barrier are Top
Dog Cheerleading, Enright Turner
insurance, Steak Out restaurant,
N- Touch Communication, WSWL
97.9, Baptist Hospital).

Metal structure above band-
stand with 3 speakers approx.
3'x2' and 5 horns. Metal
structure in center of dome with
4 speakers approx 3'x2', 10
horns and 8 bass modules
with horns.

Christopher Beckwith


Montgomery Maulers                    6
Music List
8:12 Get low - Lil Jon
8:18 I love rock N Roll -
        Joan Jett & the Blackheart
8:22 Disco Inferno - 50 Cent
8:26 Drop it like its hot -
                Snoop Dogg
8:30 Drop it like its hot -
                Snoop Dogg
8:44 Tipsy - J Kwon
8:50 Disco Inferno - 50 Cent
8:57 Louie, Louie - The Kingsmen
9:02 Disco Inferno - 50 Cent
9:10 Dirt off your shoulder -
                Jay Z.

Christopher Beckwith


Montgomery Maulers                    7
Music List
9:12 If your girl only knew
                Aaliyah
9:15 Yeah - Usher
9:20 Planet Rock - Afrika Bambaataa
9:40 Bring em out - T. I.
9:50 Goodies - Ciara
9:57 Brickhouse - Commodores
10:03 Louie, Louie - The Kingsmen
10:08 Ok - Nivea
10:12 I love Rock N Roll -
        Joan Jett & The Blackheart
10:15 You don't know me - T. I.
10:17 Crazy in love - Beyonce
10:20 Move - Ludacris
10:33 Sugar - Trick Daddy
Christopher Beckwith

INVESTIGATOR'S EXPENSE REPORT

RECEIVED
JUN 08 2005
ASCAP-ATL

Please Print

NAME OF ESTABLISHMENT WHERE INVESTIGATION WAS TAKEN: **Montgomery Maulers**

ADDRESS: **1555 Federal Drive**
**Montgomery, AL 36117**

NAME OF INVESTIGATOR: **Christopher H. Beckwith**  DATE: **June 4, 2005**

| EXPENSES | SAT | SUN | MON | TUES | WED | THUR | FRI | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Hours in Establishment | 3 hrs. 17 mins. | | | | | | | 3 hrs. 17 mins. |
| Investigation Fee | $86.25 | | | | | | | $86.25 |
| Total Miles 338 @ $.405 per mile | $136.89 | | | | | | | $136.89 |
| Driving/Flying time 5 hrs 18 min | $31.25 | | | | | | | $31.25 |
| Parking/Tolls | $0.00 | | | | | | | $0.00 |
| Food/Drink 4.50 Cover Charge 26.00 Other 0.00 (tips) Total Expense in Est. $30.50 | $30.50 | | | | | | | $30.50 |
| Hotel** | $0.00 | | | | | | | $0.00 |
| Meals** (Outside Establishment) | $25.00 ($21.15 + $3.85 tip) | | | | | | | $25.00 ($21.15 + $3.85 tip) |
| Phone/Postage (Be sure to separate) | $3.85 | | | | | | | $3.85 |
| Report preparation | $50.00 | | | | | | | $50.00 |
| Guest/Partner Fee | $25.00 | | | | | | | $25.00 |
| Total | $388.74 | | | | | | | $388.74 |

Investigator's Signature: *Christopher Beckwith*  Date: 6-6-05

Approved by: *May L. Chinton*  Date: 6/13/05

*When possible, please obtain receipts for any expense incurred at the establishment and attach to this report.

**Reimbursement for meals and/or hotels will NOT be made without appropriate receipts.



General Manager  Todd Lee
Montgomery, Al  35117
(334) 273-7427

121 NICHOLAS
--------------------------------
Tbl 107/1   Chk 1875      Gst 1
       Jun04'05 05:46PM
--------------------------------
   Dine In
 1 Lemonade              1.50
 1 Lg Pork w/1           6.49
 1 D Rib Plate w/2       8.99
 1 Drft Mich Ultra       2.25

   Subtotal             19.23
   Tax                   1.92
06:18 Total            21.15


     Please Pay
    Your Server

     Catering
     Available

   "Aint nothing
     like 'em
      nowhere"

* * *
MONTGOMERY MAULERS
vs
LAKELAND THUNDERBOLTS
GARETT COLISEUM
SAT JUN 4 2005 7:30PM

NORTH SECT
* * * *
MONTGOMERY MAULERS
vs
LAKELAND THUNDERBOLTS
GARRETT COLISEUM
SAT JUN 4 2005 7:30PM

**INVESTIGATOR'S REPORT**

Date of Investigation: **June 4, 2005**

Establishment/Event: **Montgomery Maulers**

Address: **1555 Federal Drive**        City: **Montgomery**    State: **AL**

**Supplemental Report**

**My tickets for the game on the evening of inspection for the Montgomery Maulers vs. the Lakeland Thunderbolts were accidentally torn up and thrown away with some other trash in an envelope.  I was able to recover a portion of the tickets which I have enclosed with the original investigation report.**

SIGNATURE *Christopher Beckwith*                                    1

**INVESTIGATOR'S REPORT**

Date of Investigation: **June 4, 2005**

Establishment/Event: **Montgomery Maulers**

Address: **1555 Federal Drive**      City: **Montgomery**    State: **AL**

Time Entered: **7:36 PM**         No. of Patrons Present: **2,000 +**

Time Exited: **10:53 PM**         No. of Patrons Present: **1,000 +**

Maximum No. of Patrons Present: **2,500+**

TOTAL SEATING CAPACITY: **8,500**

No. Tables: **N/A**       No. Barstools: **N/A**    No. Chairs: **8,500**

Posted Fire Capacity: **Not posted**    Date: **I was unable to obtain the date**

DANCING AREA: **N/A** sq. ft. (approx.)    SKATING AREA: **N/A**

ADMISSON CHARGE:      **Fee $13**

MINIMUM CHARGE: **N/A**      OTHER CHARGE: **N/A**

JUKEBOX: Yes ___ No **X** Manufacturer: **N/A**

Coin Operated: Yes ___ No **X**   Accessible to Patrons: Yes ___ No **X**

Song List Visible: Yes ___ No **X** Played by Patrons: Yes ___ No **X**

Jukebox License Office Certificate: Yes ___ No **X**   Valid J.L.O.C.: Yes ___ No **X**

Jukebox Owner: **N/A (No Jukebox on site)**

**SEATING CAPACITY BREAKDOWN**

TOTAL SEATING CAPACITY: **8,500**

(Unable to determine exact amount of seating per section)

SIGNATURE *Christopher Beckwith*                                    1

## INVESTIGATOR'S REPORT

Date of Investigation: **June 4, 2005**

Establishment/Event: **Montgomery Maulers**

Address: **1555 Federal Drive**     City: **Montgomery**     State: **AL**

## DIAGRAM OF INTERIOR

● – Where I sat



**Garrett Coliseum (capacity 8,500)**

Endzone
Corners
Sidelines
Upper Level
Field Level

SIGNATURE: *Christopher Beckwith*     2

## INVESTIGATOR'S REPORT

Date of Investigation: **June 4, 2005**

Establishment/Event: **Montgomery Maulers**

Address: **1555 Federal Drive**          City: **Montgomery**     State: **AL**

### DESCRIPTION OF INTERIOR

**The Montgomery Maulers is a football team in the National Indoor Football League. All home games are played at Garrett Coliseum in Montgomery, Alabama. Garrett Coliseum is an indoor dome shaped arena with five (5) sections of seating, field level, end zone, corners, sidelines, and upper level. The seats in these sections were fold-down stadium seats constructed of steel frames and wooden slats. I was unable to determine the exact number of seats per section. There were two (2) VIP box sections on the opposite sides of the football field and a VIP lounge at the far end of the football field on the floor of the arena. The chairs in the VIP boxes and the VIP lounge were brown plastic seats with silver metal legs. There was a bandstand on the second level of the arena on the end of the football field opposite the VIP lounge. The oval wall that surrounded the arena floor was constructed of red brick. The remaining walls of the arena were constructed of formed concrete. There were three (3) speakers measuring approximately three (3) X two (2) feet and five (5) large horns mounted to a metal structure suspended from the ceiling in front of the bandstand. There were four (4) speakers measuring approximately three (3) X two (2) feet, ten (10) large horns, and eight (8) combination horn and bass modules mounted to a metal structure suspended from the dome ceiling in the center of the arena. There were several banners attached to the oval wall that surrounded the arena floor and the barrier that separated the VIP boxes and the VIP lounge from the football field (Top Dog Cheerleading, Jinright Turner insurance, Steak Out restaurant, N Touch Communications, Blue Burrito restaurant, Calhoun Foods, Mr. Transmission, Electric Sun tanning salon, Pauly's Oyster House, Charter Media, and Baptist Heath hospital). There were two (2) "Bud Light" logos painted in the center of the football field and a Baptist Health logo painted in each end zone of the football field. There were logos for Nextel, Capital Hyundai, Top Dog Cheerleading and Coca Cola painted on the football field. There were no televisions or monitors located inside the arena.**

### DESCRIPTION OF EXTERIOR

**The physical address of the Montgomery Maulers of 1050 Eastdale Mall is actually the address of the corporate offices of the team. The Montgomery Maulers physically play all home games at Garrett Coliseum. Garrett Coliseum is located near the intersection of Coliseum Boulevard and Federal Drive. The physical address of Garrett Coliseum is 1555 Federal Drive. Garrett Coliseum is a dome structure constructed of concrete and brick with a pale blue dome. There are two (2) main entrances to Garrett Coliseum, a North entrance and a South entrance. The portions of the arena arched above the North and South entrances are painted**

SIGNATURE: *Christopher Beckwith*          3

## INVESTIGATOR'S REPORT

Date of Investigation: **June 4, 2005**

Establishment/Event: **Montgomery Maulers**

Address: **1555 Federal Drive**        City: **Montgomery**    State: **AL**

### DESCRIPTION OF EXTERIOR (Cont'd)

**pale blue with arched concrete pillars that extended beyond the actual building. There were "Z" shaped flights of concrete stairs above the openings of the North and South entrances. There were two (2) large parking lots located on the Garrett Coliseum property, one (1) on the north side of the property and one (2) on the south. I parked in the South parking lot. Upon our arrival there were hundreds of cars parked on the property. I was unable to determine the exact number of cars. The Coliseum Motel was the closest neighboring establishment located directly across Federal Drive from Garrett Coliseum.**

### DESCRIPTION OF ENTERTAINMENT

**During the evening of investigation there was one (1) source of musical entertainment provided by the game announcer. The type of music played on the evening of investigation was Pop and Rock & Roll. The game announcer appeared to use digital files saved on a laptop to play the music. The game announcer was a White male approximately 5'8"with a medium build and dark hair. He was wearing a red short-sleeved polo shirt and jeans. The attendant at the concession stand that served my guest and I was a white female approximately 5'6" with a medium build and a brunette ponytail. She was wearing a bright green tank top and jeans. The attendant in the ticket booth was an older white male approximately 5'8" with short white hair wearing a red short-sleeved polo shirt and jeans. The ticket taker was a white male approximately 5'10" with a medium build wearing an orange t- shirt and jeans. The members of the Montgomery Maulers Dance Team wearing red halters and red mini-skirts both trimmed in blue. There was a twenty (20) foot tall inflated balloon of a Marine soldier located in the bandstand with a red t-shirt with "Marines" on the front in yellow letters and green army fatigues. The Top Dog cheerleaders wore royal blue tank tops and black skirts. There were three (3) speakers measuring approximately three (3) X two (2) feet and five (5) large horns mounted to a metal structure suspended from the ceiling in front of the bandstand. There were four (4) speakers measuring approximately three (3) X two (2) feet, ten (10) large horns, and eight (8) combination horn and bass modules mounted to a metal structure suspended from the ceiling in the center of the arena. There were no brand names on these speakers. There were no televisions or monitors located inside the arena. The music played by the game announcer could be heard throughout the establishment.**

SIGNATURE: *Christopher Beckwith*                    4

### INVESTIGATOR'S REPORT

Date of Investigation: **June 4, 2005**

Establishment/Event: **Montgomery Maulers**

Address: **1555 Federal Drive**        City: **Montgomery**    State: **AL**

### MISCELLANEOUS

(Include type and number of alcoholic beverages consumed, whether you discussed the purpose for your visit with anyone. Whether you requested the performance of any songs, and any other pertinent details.)

**During the evening of investigation the theme was Military Appreciation Night. The Montgomery Maulers played the Lakeland Thunderbolts. The final score was 36 to 16. My guest and I had one (1) beverage each. My guest ordered a Coca Cola and I ordered a Sprite at a cost of $2.25 each totaling $4.50. I was unable to obtain a receipt for these drinks. I parked in the South parking lot on the property of Garrett Coliseum. There was no charge for parking. There were hundreds of cars parked on the property. I was unable to determine the exact number of cars. I paid for all expenses and tips. I contacted the corporate office of the Montgomery Maulers by phone prior to my trip to Montgomery. I was advised of ticket prices and availability but was unable to obtain any information about entertainment during the games. The posted fire capacity certificate was not posted in the arena. I was unable to determine the total number of patrons during the game but I estimated that the total number of patrons was over 2,500. I did not discuss the purpose of my visit with anyone. My guest or I requested no music.**

SIGNATURE: *Christopher Beckwith*                                          5

# Policy - Minor League Sports

Create Action Item | Request Letter

## Montgomery Maulers Montgomery Maulers, LLC

| | |
|---|---|
| Premise Address: **1050 Eastdale Mall**<br>City, State Zip: **Montgomery, AL 36117**<br>Phone: **334-277-1881** | Mailing Address: **PO Box 230603**<br>City, State Zip: **Montgomery, AL 36123**<br>Fax: |
| Main Contact: **Ms. Jamie Lamunyon**<br>Role: **Owner**<br>Phone: **334-277-1881**<br>Identified By: **Account Services**<br>Class: **8SPM** | Account Num:<br>TLM:<br>ALM:<br>District: |

Compile Rate Factors and Rate ->

**Factors**                                    **Values**

Initial Rate:              **0**
Standard Seasonal?:

## Policy Information

Rate Start Date: **01/01/2005**

Calculated Rate: **$0.00**                Premise Status:    **Pending Litigation**
Exception:          **No**
Exception Rate:

*6/4/09*
*One source*

## Billing Information

| Year | Rate |
|------|------|
|      |      |

## Site Information

| Audio | Audio/Visual |
|-------|--------------|
| Number Speakers:<br>Type of Speakers:<br>Square footage:<br>Receiver Location:<br>Wiring:<br>Paging Capability? | Number of Units:<br>Size of each Unit:<br>Size of Screen:<br>Projection:<br>Self-contained speaker?<br>Extension speaker?<br>VCR present?<br>Type of programming: |

## Comments:

**INVESTIGATOR'S REPORT**

Date of Investigation: **June 4, 2005**

Establishment/Event: **Montgomery Maulers**

Address: **1555 Federal Drive**        City: **Montgomery**    State: **AL**

**LIST OF MUSICAL COMPOSITIONS**

| **Time** | **Song Title** | **Source of Music** | **Popular Recording By** |
| --- | --- | --- | --- |
| 7:40 | UNIDENTIFIED | DJ | UNIDENTIFIED |
| 7:44 | YEAH | DJ | USHER |
| 7:49 | CAN'T TOUCH THIS | DJ | M. C. HAMMER |
| 7:56 | LOSE MY BREATH | DJ | DESTINY'S CHILD |
| 8:04 | UNIDENTIFIED | DJ | UNIDENTIFIED |
| 8:10 | WE WILL ROCK YOU | DJ | QUEEN |
| 8:13 | YEAH | DJ | USHER |
| 8:19 | GOODIES | DJ | CIARA |
| 8:24 | WE WILL ROCK YOU | DJ | QUEEN |
| 8:28 | HEY, HO, LET'S GO | DJ | THE RAMONES |
| 8:33 | GOODIES | DJ | CIARA |
| 8:37 | UNIDENTIFIED | DJ | UNIDENTIFIED |
| 8:40 | CELEBRATION | DJ | KOOL & THE GANG |
| 8:43 | UNIDENTIFIED | DJ | UNIDENTIFIED |
| 8:45 | GIRL FIGHT | DJ | BROOKE VALENTINE |
| 8:48 | HEY, HO, LET'S GO | DJ | THE RAMONES |
| 8:53 | PUMP UP THE JAM | DJ | TECHNOTRONIC |
| 8:57 | YEAH | DJ | USHER |
| 9:03 | SWEET HOME ALABAMA | DJ | LYNARD SKYNARD |

SIGNATURE: *Christopher Beckwith*                    6

### INVESTIGATOR'S REPORT

Date of Investigation: **June 4, 2005**

Establishment/Event: **Montgomery Maulers**

Address: **1555 Federal Drive**        City: **Montgomery**      State: **AL**

### LIST OF MUSICAL COMPOSITIONS

| Time | Song Title | Source of Music | Popular Recording By |
|------|-----------|-----------------|----------------------|
| 9:10 | GOD BLESS THE U.S.A | DJ | LEE GREENWOOD |
| 9:12 | GOD BLESS THE U.S.A | DJ | LEE GREENWOOD |
| 9:17 | STACEY'S MOM HAS GOT IT GOING ON | DJ | FOUNTAINS OF WAYNE |
| 9:20 | STACEY'S MOM HAS GOT IT GOING ON | DJ | FOUNTAINS OF WAYNE |
| 9:22 | GITTIN JIGGY WIT IT | DJ | WILL SMITH |
| 9:25 | SPONGE BOB SQUARE PANTS | DJ | UNIDENTIFIED |
| 9:31 | FRESH PRINCE OF BEL AIRE | DJ | WILL SMITH |
| 9:35 | PIECES OF ME | DJ | ASHLEY SIMPSON |
| 9:38 | HEY, HO, LET'S GO | DJ | THE RAMONES |
| 9:40 | CAN'T TOUCH THIS | DJ | M. C. HAMMER |
| 9:41 | PIECES OF ME | DJ | ASHLEY SIMPSON |
| 9:43 | WHY CAN'T WE BE FRIENDS | DJ | SMASH MOUTH |
| 9:45 | LOVE STINKS | DJ | J. GEILS BAND |
| 9:48 | WHY CAN'T WE BE FRIENDS | DJ | SMASH MOUTH |
| 9:56 | HURT SO GOOD | DJ | JOHN COUGAR MELLANCAMP |
| 9:58 | I LIKE TO MOVE IT | DJ | REEL 2 REAL |
| 9:59 | TWIST AND SHOUT | DJ | THE BEETLES |

SIGNATURE: *Christopher Beckwith*

<u>INVESTIGATOR'S REPORT</u>

Date of Investigation: **June 4, 2005**

Establishment/Event: **Montgomery Maulers**

Address: **1555 Federal Drive**      City: **Montgomery**    State: **AL**

<u>LIST OF MUSICAL COMPOSITIONS</u>

| <u>Time</u> | <u>Song Title</u> | <u>Source of Music</u> | <u>Popular Recording By</u> |
|---|---|---|---|
| 10:03 | NA NA HEY HEY GOODBYE | DJ | STEAM |
| 10:04 | WE WILL ROCK YOU | DJ | QUEEN |
| 10:11 | CAN'T TOUCH THIS | DJ | M. C. HAMMER |
| 10:13 | YMCA | DJ | WILLIAM HUNG |
| 10:18 | IF YOU'RE HAPPY AND YOU KNOW IT CLAP YOUR HANDS | DJ | UNIDENTIFIED |
| 10:21 | GITTIN JIGGY WIT IT | DJ | WILL SMITH |
| 10:26 | LA VIDA LOCA | DJ | RICKY MARTIN |

SIGNATURE: *Christopher Beckwith*

1

Montgomery Maulers
arrived:
departed:

Game is played at Garrett
Coliseum located at 1555
Federal Drive near intersection
of Federal Drive and Coliseum
Blvd. The closest establishment
is the Coliseum Motel across
Federal Drive from Garrett
Coliseum. There are 2 parking
lots on the arena property, a
North parking lot and a South
parking lot. I parked in the

Christopher Beckwith

2

Montgomery Maulers

South parking lot. There were
~~hundreds~~ of cars parked on the
property. I was unable to
determine the exact number of
cars.
The arena is a concrete and
brick structure with a pale
blue dome. The arena has
2 main entrances, North and
South, with an arch above each
painted pale blue and concrete
pillars attached to the building.
There are flights of "Z" shaped

Christopher Beckwith

3

Montgomery Maulers

stairs above each entrance.
Interior
Garrett Coliseum is divided
into 5 sections, field level,
end zone, corners, sidelines,
and upper level. I was unable
to determine the exact number
of seats per section. The seats
are fold down stadium seats
with metal frames and wooden
seats. There are 2 VIP section
on both sides of the football
field and a VIP lounge at the

Christopher Beckwith

4

Montgomery Maulers

far end of the football field.
The chairs in the VIP areas
are brown plastic seats with
silver metal legs. There is a
bandstand on the 2nd level
at the opposite end of the arena.
The oval wall around the
floor of the arena is red
brick. The walls are concrete.
There are 3 speakers approx.
2 x 3 feet and 5 large horns
suspended in front of the
bandstand. There are 4

Christopher Beckwith

5

Montgomery Maulers

speakers approx. 2 X 3 feet, 10 large horns, and 8 horn and bass speaker combinations suspended from the ceiling in the middle of the dome.

Concession stand attendant is a white female approx 5'6", medium build with brown ponytail, green tank top and jeans. The ticket booth attendant is an older white male approx. 5'8" with white hair, red polo shirt and jeans.

Christopher Beckwith

6

Montgomery Maulers

The ticket taker is a white male approx. 5'10", medium build, orange t-shirt and jeans. The game announcer played music via laptop. He is a white male approx. 5'8", medium build and dark hair wearing a red polo shirt and jeans. There is a large balloon approx. 20' of a Marine with a red t-shirt with "Marines" in yellow letters and green army fatigues.

Christopher Beckwith

7

Montgomery Maulers

The Montgomery Maulers Dance Team are wearing red halters and red mini skirts trimmed in blue. The Top Dog Cheerleaders are wearing blue tank tops and black skirts.

Christopher Beckwith

8

Montgomery Maulers
Music List
7:40 UNID - UNID
7:44 Yeah - Usher
7:49 Can't touch this - MC Hammer
7:56 Lose my breath - Destiny Child
8:04 UNID - UNID
8:10 We will rock you - Queen
8:13 Yeah - Usher
8:19 Goodies - Ciara
8:24 We will rock you - Queen
8:28 Hey, ho, let's go - Ramones
8:33 Goodies - Ciara
8:37 UNID - UNID

Christopher Beckwith

9

Montgomery Maulers
Music List
8:40 Celebration - Kool & the Gang
8:43 UNID - UNID
8:45 Girl Fight - Brooke Valentine
8:48 Hey, ho, let go - Ramones
8:53 Pump up the jam -
               Technotronic
8:57 Yeah - Usher
9:03 Sweet home Alabama -
               Lynard Skynard
9:10 God bless the U.S.A -
               Lee Greenwood
9:12 God bless the U.S.A. -
               Lee Greenwood

Christopher Beckwith

10

Montgomery Maulers
Music List
9:17 Stacey's mom has got it
      going on - Fountain of Wayne
9:20 Stacey's mom has got it
      going on - Fountains of Wayne
9:22 Gettin jiggy wit it -
               Will Smith
9:25 Sponge Bob square pants -
               UNID
9:31 Fresh Prince of Bel Aire -
               Will Smith
9:35 Pieces of me - Ashley Simpson
9:38 Hey, ho, lets go - Ramones
9:40 Can't touch this - M.C. Hammer

Christopher Beckwith

11

Montgomery Maulers
Music List
9:41 Pieces of me - Ashley Simpson
9:43 Why can't we be friends -
               Smash Mouth
9:45 Love stinks - J. Geils Band
9:48 Why can't we be friends -
               Smash Mouth
9:56 Hurts so good - John Couger
9:58 I like to move it - Reel 2 Real
9:59 Twist and shout - The Beatles
10:03 Na Na, Hey Hey - Goodbye -
               Steam
10:04 We will rock you - Queen
10:11 Can't touch this - MC Hammer

Christopher Beckwith

12

Montgomery Maulers
Music List
10:13 YMCA - William Hung
10:18 If you're happy and you
       know it - UNID
10:21 Gettin jiggy wit it -
               Will Smith
10:26 La Vida Loca - Ricky Martin

Christopher Beckwith