IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGINIA BEACH MUSIC, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-90-WKW |
| | ) |
| MONTGOMERY MAULERS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is hereby ORDERED that the hearing previously set for May 16, 2006, at 10:00 a.m. in this case is CANCELED.

It is further ORDERED that the defendants shall show cause on or before May 22, 2006 why the plaintiffs' Motion for Default Judgment (Doc. # 5) should not be granted in the amount of $13,320.67, as set out in the plaintiffs' affidavits filed on May 11, 2006 (Doc. # 8). If no response is filed by the defendants, a default judgment will be entered in favor of the plaintiffs.

DONE this the 12th day of May, 2006.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE