IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGINIA BEACH MUSIC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-90-WKW |
| ) | |
| MONTGOMERY MAULERS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER AND FINAL JUDGMENT

Having received no response from the defendants in this case, and pursuant to Fed. R. Civ. P. 55(b)(2), it is hereby ORDERED that the plaintiffs' Motion for Default Judgment (Doc. # 5) is GRANTED.

It is further ORDERED that:

(1) Judgment is hereby entered in favor of the plaintiffs, Virginia Beach Music, Carter Boys Publishing, WB Music Corp., Mass Confusion Music, Center City Music, Pal-Park Music and Emi Full Keel Music Co., and against the defendants, Montgomery Maulers, LLC, Jamie Lamunyon and Wayne Lamunyon, in the amount of $13,320.67.

(2) Costs are taxed against the defendants, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 24th day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE